

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Mark C. Christenson,                    v                    John Doe,
  plaintiff                                                   respondent


Reference:  -United States District Court Southern District of New York
            Mark Christenson v Hallie Jackson
            2018
            -National Broadcasting Corporation *First Look*
            February 17, 2020



Should it please the court suit for ruling here cover

2

Petition for Ruling

Pray I  modus operandi

Attempt to quash

Jurist

Guest respondent

Commentary

Synonym

Repetition

Range citation

Assertion

I pray thee

Scandal

I pray suborning rule

Prayer for Entry

I pray have the court clerk record the ruling

I do solemnly swear the aforementioned to be true

Dated this 18 day of February, 2020.

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

Mark C. Christenson
11313 19th Av NE
Seattle, WA  98125





FOREVER / USA

RECEIVED
FEB 24 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY  10007

Pro Se Intake
KH

10007-133099